UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80643-CIV-DIMITROULEAS

CHARLA D. BOHMANN,

    Plaintiff,

vs.

ADVANTAGE HOME LOAN, LLC a
Florida Corporation,

    Defendant.
_____/

**FINAL DEFAULT JUDGMENT AGAINST**
**DEFENDANT ADVANTAGE HOME LOAN, LLC**

THIS CAUSE is before the Court upon the granting of Plaintiff's Motion for Default Final Judgment herein on December 30, 2008.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1) Judgment is hereby entered in favor of Plaintiff Charla D. Bohmann and against Defendant Advantage Home Loan, LLC.

2) Plaintiff shall recover of the Defendant as follows:

    a. Plaintiff Charla D. Bohmann shall recover $5,792.56 in unpaid compensation and liquidated damages.

    d. Plaintiff Charla D. Bohmann shall recover $2,179.00 in attorney's fees and $624.34 in costs.

3) Post-judgment interest is payable on all the above amounts allowable by law at the statutory rate of 0.40%, from the date this judgment is entered until the date this judgment is paid.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of December, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
David R. Rigell, Esq.
Nailah S. Knight, Esq.

Advantage Home Loan, LLC
c/o Calvin Ross, registered agent
500 W. Cypress Creek Road
Suite 330
Fort Lauderdale, FL 33309